STATE of Missouri, Respondent,

v.

**S.W.R., Appellant.**

**No. WD 70195.**

Missouri Court of Appeals, Western District.

Feb. 9, 2010.

Matthew Ward, Assistant State Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Terrence M. Messonnier, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division III: JAMES E. WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM.

S.W.R. appeals the trial court's judgment convicting him, after a jury trial, of two counts of first-degree statutory sodomy in violation of section 566.062, RSMo 2000. On appeal, he presents one point in which he claims that the trial court erred in overruling his objection to the prosecutor's closing argument. We affirm in this *per curiam* order issued pursuant to Rule 30.25(b).